UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| EAGLE ANDRE COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:15-CV-33-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 19, 2016, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner for further proceedings consistent with the court's order.

**This Judgment Filed and Entered on July 19, 2016, and Copies To:**

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Aparna V. Srinivasan (via CM/ECF Notice of Electronic Filing)


July 19, 2016				JULIE RICHARDS JOHNSTON, CLERK
				 /s/ Christa N. Baker
				(By) Christa N. Baker, Deputy Clerk