IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:15-cv-00033-FL

| | |
|---|---|
| EAGLE A. COLLINS, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security, )<br>　　　　Defendant. )<br>_____) | ORDER |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $5000.00, sent to Plaintiff's Counsel, Branch Vincent III, 8 Juniper Trail, Southern Shores, NC 27949, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is dismissed with prejudice.

SO ORDERED, this __30th__ day of August, 2016.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE